DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: April 24, 2025 |
| USA v. Jorge Jimenez | Case Number: CR-24-08599-001-TUC-RM (JR) |

Assistant U.S. Attorneys: Gordon Davenport and Anshul Krishn
Retained attorney for the defendant: Mark Williams
Courtroom deputy: Sandra G. Fuller
Court reporter: Erica McQuillen

The defendant is released.

No official hearing is held.

**JURY TRIAL - DAY 9**

**9:30 a.m.** The courtroom deputy confirms the jurors are present. Jury deliberation continues for a second day.

**12:00 p.m.** Lunch is provided to the jurors.

**4:00 p.m.** The jury informs the courtroom deputy they would like to resume deliberation on April 25, 2025, at 9:30 a.m.

Off the record, the Court continues the **jury trial** to **April 25, 2025, at 9:30 a.m.** On behalf of the Court, the courtroom deputy reminds the jurors of the admonition, and the jury is excused.

The Court adjourns at 4:00 p.m.

Jury deliberation: 9:30 p.m. to 4:00 p.m. (6 hours and 30 minutes)