IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-08599-001-TUC-RM (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Jorge Jimenez, | |
| Defendant. | |

On February 18, 2025, Magistrate Judge Jacqueline Rateau issued a Report and Recommendation (Doc. 39), recommending that this Court deny Defendant Jorge Jimenez's Motion to Dismiss Indictment or Compel Disclosure and Exclude Government's Videos (Doc. 19). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Rateau's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Rateau's Report and Recommendation, and Defendant has waived his right to review by failing to

file objections.

    Accordingly,

    **IT IS ORDERED** that the Report and Recommendation (Doc. 39) is **accepted and adopted in full**.

    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment or Compel Disclosure and Exclude Government's Videos (Doc. 19) is **denied**.

    Dated this 6th day of March, 2025.

_____
Honorable Rosemary Márquez
United States District Judge